**WARREN v. STATE.**

No. 26070.

Court of Criminal Appeals of Texas.

Nov. 26, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

The offense is driving while intoxicated upon a public road; the punishment, 30 days in jail.

No statement of facts or bills of exception are found in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.